# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2010

141289

HOWARD LINDEN, Conservator of the
Estate of INDIA THOMAS, a Minor
          Plaintiff-Appellant,

v

ST. JOHN HOSPITAL AND MEDICAL
CENTER, and ST. JOHN HEALTH d/b/a
ST. JOHN HEALTH SYSTEM,
          Defendants-Appellees.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141289
COA: 296798
Wayne CC: 07-720169-NH

On order of the Court, the application for leave to appeal the March 8, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2010
_____
Clerk